


United States District Court
Eastern District of California

JOSEPH MLODZIANOWSKI

Plaintiff(s)

V.

BRIAN MARKUS

Defendant(s)

Case Number: 2:21-cv-01295-JAM-DB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Courtney E. Giles hereby applies for permission to appear and parti counsel in the above entitled action on behalf of the following party or Plaintiff JOSEPH MLODZIANOWSKI

On 11/06/2015 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vic application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/20/2021 Signature of Applicant: /s/ Courtney E. Giles

**Pro Hac Vice Attorney**

Applicant's Name: Courtney E. Giles

Law Firm Name: Baker McKenzie, LLP

Address: 700 Louisiana,

Suite 3000

City: Houston State: Texas Zip: 77002

Phone Number w/Area Code: (713) 427-5000

City and St Residence: Bellaire, Texas

Primary E-mail Address: courtney.giles@bakermckenzie.com

Secondary E-mail Address: lita.graham@bakermckenzie.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF syst

Local Counsel Name: Christina M. Wong

Law Firm Name: Baker McKenzie, LLP

Address: Two Embarcadero Center

11th Floor

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 576-3000 Bar # 288171

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 20, 2021

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT