

United States District Court
Eastern District of California

**JOSEPH MLODZIANOWSKI**

Plaintiff(s)

V.

**BRIAN MARKUS**

Defendant(s)

Case Number: 2:21-cv-01295-JAM-DB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brendan D. Cook hereby applies for permission to appear and p counsel in the above entitled action on behalf of the following party or parties:

Plaintiff JOSEPH MLODZIANOWSKI

On 10/30/1981 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/20/2021        Signature of Applicant: /s/ Brendan D. Cook

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Brendan D. Cook |
| Law Firm Name: | Baker McKenzie, LLP |
| Address: | 700 Louisiana, |
| | Suite 3000 |
| City: | Houston    State: Texas    Zip: 77002 |
| Phone Number w/Area Code: | (713) 427-5000 |
| City and State of Residence: | Sugar Land, Texas |
| Primary E-mail Address: | brendan.cook@bakermckenzie.com |
| Secondary E-mail Address: | lita.graham@bakermckenzie.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christina M. Wong |
| Law Firm Name | Baker McKenzie, LLP |
| Address: | Two Embarcadero Center |
| | 11th Floor |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 576-3000    Bar: 288171 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 20, 2021        /s/ John A. Mendez
                              JUDGE, U.S. DISTRICT COURT