# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MLODZIANOWSKI,<br><br>　　　　PLAINTIFF,<br><br>V.<br><br>BRIAN MARKUS,<br><br>　　　　DEFENDANT. | CASE NO.: 2:21-CV-01295-JAM-DB<br><br>**ORDER RE**<br>**VOLUNTARY DISPUTE**<br>**RESOLUTION**<br>**PROGRAM (VDRP) REFERRAL** |

　　　The Court, having reviewed the parties' Stipulation for Voluntary Dispute Resolution (VDRP) Referral (Doc. 16), hereby ORDERS as follows:

　　　1.　　The VDRP Administrator shall supply a list of three (3) potential Neutrals from which the Parties will choose one within fourteen (14) days following service of the list by the VDRP Administrator, pursuant to Local Rule 271(e)(3).

　　　2.　　The VDRP process shall be completed by April 1, 2022.

　　　3.　　The Neutral shall submit the Neutral's VDRP Completion Report to the VDRP Administrator (copying all parties) fourteen (14) days after the VDRP session has been concluded, but no later than April 15, 2022, pursuant to Local Rule 271(n)(1).

4. The Parties shall jointly file the Parties' Joint VDRP Completion Report fourteen (14) days after the VDRP session has been concluded, but no later than April 15, 2022, pursuant to Local Rule 271(o)(1).

IT IS SO ORDERED.

DATED: November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE