UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MLODZIANOWSKI, | No. 2:21-cv-1295 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| BRIAN MARKUS, | |
| Defendant. | |

On May 26, 2022, defendant filed a motion to compel together with the parties' Joint Statement re Discovery Disagreement and noticed the motion for hearing before the undersigned on June 17, 2022, pursuant to Local Rule 302(c)(1). (ECF No. 32.) On June 13, 2022, the undersigned denied that motion without prejudice to renewal due to inadequate briefing. (ECF No. 33.)

On July 14, 2022, the parties filed a Joint Statement re Discovery Disagreement, appearing to set the matter for hearing on July 22, 2022—although the filing did not contain a notice of motion and motion. However, the June 13, 2022 order directed the parties to the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. That document explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video

conferencing" prior to the filing of the joint statement.  The July 14, 2022 Joint Statement reflects no meet and confer efforts by the parties' since prior to the undersigned's June 13, 2022 order.  In this regard, the parties have failed to comply with the undersigned's meet and confer requirements.

      Accordingly, IT IS HEREBY ORDERED that the July 22, 2022 hearing is vacated.

DATED: July 19, 2022                /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mlodzianowski1295.mtc.den.m&c.ord