UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MLODZIANOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN MARKUS,<br><br>　　　　Defendant. | No.  2:21-cv-1295 JAM DB<br><br><br>ORDER |

On August 26, 2022, this matter came before the undersigned pursuant to Local Rule 302(c)(1) for hearing of defendant's motion for discovery.  Attorneys Desiree Hunter-Reay and Christina Wong appeared via Zoom on behalf of the plaintiff.  Attorney Dillon Chen appeared via Zoom on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

　　1. Defendant's August 3, 2022 motion for discovery (ECF No. 36) is granted in part;

　　2. Within twenty-one days of the date of this order plaintiff shall produce responsive documents to defendant's Request for Production No. 46; and

////

////

////

1

3. Defendant's August 3, 2022 motion for discovery (ECF No. 36) is denied in all other respects.

Dated: August 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mlodzianowski1295.oah.082622