**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MLODZIANOWSKI,<br><br>　　　　PLAINTIFF,<br><br>V.<br><br>BRIAN MARKUS,<br><br>　　　　DEFENDANT. | CASE NO.:  2:21-CV-01295-JAM-DB<br><br>**ORDER GRANTING AMENDED STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>District Judge:  John A. Mendez |

　　　The Court, having reviewed the Stipulation submitted by the Parties, and finding good cause, hereby orders as follows:

　　　a.　Deadline to complete discovery shall be extended from June 16, 2023 to **November 8, 2023**;

　　　b.　Deadline to satisfy the disclosure requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be extended from March 10, 2023 to **August 8, 2023**;

　　　c.　Deadline for supplemental disclosures shall be extended from April 14, 2023 to **September 13, 2023**;

　　　///

d. Deadline to file dispositive Motions shall be extended from July 28, 2023 to **December 18, 2023**;

e. Dispositive Motion Hearing Date to **January 23, 2024 at 1:30 p.m.**;

f. The Final Pretrial Conference date shall be extended from November 17, 2023 to **May 3, 2024**, **at 10:00 AM**, or a date that is convenient for the Court's calendar; and

g. The Trial date shall be extended to **July 15, 2024**, **09:00 AM**, or a date that is convenient for the Court's calendar.

**IT IS SO ORDERED.**

Dated: March 7, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE